IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Felicia K

Printed: 10/14/08

Case Number: 05 B 19075
Judge: Goldgar, A. Benjamin
Filed: 5/12/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: October 9, 2008
Confirmed: June 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 19,440.00 |  |
| Secured: |  | 11,881.35 |
| Unsecured: |  | 4,663.58 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.00 |
| Trustee Fee: |  | 1,001.07 |
| Other Funds: |  | 0.00 |
| Totals: | 19,440.00 | 19,440.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,894.00 | 1,894.00 |
| 2. | Nuvell Financial Services | Secured | 11,881.35 | 11,881.35 |
| 3. | Portfolio Acquisitions | Unsecured | 212.33 | 577.67 |
| 4. | Nuvell Financial Services | Unsecured | 951.13 | 2,587.67 |
| 5. | Premier Bankcard | Unsecured | 60.45 | 164.48 |
| 6. | Members Advantage Credit Union | Unsecured | 79.80 | 217.09 |
| 7. | Von Maur | Unsecured | 27.74 | 75.48 |
| 8. | Midnight Velvet | Unsecured | 46.47 | 126.45 |
| 9. | Capital One | Unsecured | 164.50 | 447.53 |
| 10. | ECast Settlement Corp | Unsecured | 143.47 | 390.32 |
| 11. | Asset Acceptance | Unsecured | 28.26 | 76.89 |
| 12. | Pearl Development | Secured | | No Claim Filed |
| 13. | American Family Insurance | Unsecured | | No Claim Filed |
| 14. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 15. | Cole Taylor Bank | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 19. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 20. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 21. | H & R Accounts | Unsecured | | No Claim Filed |
| 22. | Harris Trust & Savings Bank | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | Comcast | Unsecured | | No Claim Filed |
| 25. | Providian | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Felicia K

Printed: 10/14/08

Case Number: 05 B 19075
Judge: Goldgar, A. Benjamin
Filed: 5/12/05

| | | | | |
|---|---|---|---|---|
| 26. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| 27. | SBC | Unsecured | | No Claim Filed |
| 28. | Telecheck | Unsecured | | No Claim Filed |
| 29. | Village of Riverdale | Unsecured | | No Claim Filed |
| 30. | Trackers Inc | Unsecured | | No Claim Filed |

$ 15,489.50          $ 18,438.93

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 63.90 |
| 5.5% | 237.60 |
| 5% | 81.00 |
| 4.8% | 156.00 |
| 5.4% | 320.20 |
| 6.5% | 142.37 |
| | _____ |
| | $ 1,001.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

